# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                              Case Number: 2:99-cr-15-FtM-29DNF

**BOUNYADETH INSIXIENGMAY**

USM Number: 33089-018

Russell Rosenthal, FPD
1514 Broadway, Suite 301
Fort Myers, Florida 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One & Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Defendant possessed marijuana in Fort Myers, Florida. | August 15, 2006 |
| Two | Defendant possessed Ecstasy in Fort Myers, Florida. | August 15, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Three of the Petition (Doc. 42) and the Superceding Petition (Doc. 83) dismissed on motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/27/2007

_/s/ John E. Steele_
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

April 27, 2007

BOUNYADETH INSIXIENGMAY
2:99-cr-15-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Nine Months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

BOUNYADETH INSIXIENGMAY
2:99-cr-15-FtM-29DNF

Page 3 of 3

## SUPERVISED RELEASE

The term of Supervised Release is **REVOKED** and not reimposed.

AO 245B (Rev. 6/05) Judgment in a Criminal Case